IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS IHLENFELD,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>DARBY BOROUGH POLICE DEPARTMENT *et al.*,<br><br>　　　　　*Defendants*. | CIVIL ACTION<br>No. 16-01990 |

## ORDER

**AND NOW**, this 13th day of January, 2017, after consideration of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, (ECF No. 15), and Dennis Ihlenfeld's Response, (ECF No. 17), it is hereby **ORDERED** that the motion is **GRANTED**.

Ihlenfeld may file a Second Amended Complaint on or before **January 27, 2017** with respect to his § 1983 claims under a Fourteenth Amendment theory of liability.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.